THE STATE EX REL. A.C. LEASING [COMPANY], APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO; BAKER, APPELLANT.

[Cite as *State ex rel. A.C. Leasing Co. v. Indus.
Comm.* (1998), 83 Ohio St.3d 114.]

(No. 96–2722—Submitted July 15, 1998—Decided September 16, 1998.)

*Buckingham, Doolittle & Burroughs, L.P.A.,* and *Richard A. Hernandez,* for appellee.

*Jurus Law Offices* and *Steve C. Carr,* for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.